**Thomas J. Payette**
Winemaking Consultant
7111   Riverside Drive
Rapidan , VA.
22733
540.672.0387    (Ph/Fax)

To :

✓ The Honorable Judge Maria L Oxholm and any further assigned Judges
United Sates Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI  48226

The Honorable Judge Katherine B. Gullo
United Sates Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, MI  48226

Dear Bankruptcy Court :  Regarding ::

Ada Kathryn Jacox ( **Case number 17-51792-mbm**) and
Carol Dawn Spengler ( **Case number 17-51785-mlo** )

In response to the documentation sent regarding this matter we attach documentation for consideration.  A business relationship was entered and established over many years.  Payments were delayed but services continued, in good faith, to assist the individuals listed.

We ask the full amount of $ 6300.00 be paid with interest as noted at the bottom of each outstanding invoice to be supplied if requested.

We are appreciative of your assistance in this matter.

Sincerely -

Tom Payette

1

CC:

Ada Jacox and Carol Spengler
4621 Old Oak Ct
Plymouth, MI 48170

Charles Schneider
39319 Plymouth Rd, Suite 1
Livonia, MI 48150

Douglass Ellmann
308 West Huron
Ann Harbor, MI 48103-4204

Bankruptcy Hearing Room 200
E. Liberty, 2nd Floor
Ann Harbor, MI 48104

*Thomas J. Payette*
**Winemaking Consultant**
7111 – B  Riverside Drive
Rapidan , VA.
22733
540.672.0387    (Ph/Fax)
winemakingconsultant@gmail.com

6/1/17

## Invoice # 1698

To:  Ada Jacox
     Athena
     476 Edgehill Farm Road
     Heathsville, VA   22473

   Phone: 804-580-4944

Service(s) provided:

| Day | Description | Hours | Rate | Amount |
|---|---|---|---|---|

Do you plan to fulfill payment ?   As noted there are a number of outstanding invoices from the last payment of invoice #1503 in November of 2015.  The outstanding invoices are :  1507, 1517, 1523,1533, 1539,1542,1555,1565,1569,1577,1586,1588,1591,1600,1611,1621,1633,1638,1644,1654 and1666.

21 invoices at $300.00 = $6300.00

Thank you for your communications but you still have not explained why you have not paid from long ago.  Please let me know your intentions.

| Retainer for | July | $ 000.00 |
|---|---|---|

**Total : $  6,300.00**

Due date :  Upon receipt

Thank you !

Please make check payable to:  Tom Payette
Send to address above.

*   **A late payment charge of 1.5% applies to any balance carried forward to next month's billing.**