UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

SPENGLER, Carol Dawn,   Chapter 7
                        Case No. 17-51785-mlo
　　　　　　　Debtor.　　Hon. Maria L. Oxholm
_____/

## ORDER FOR ABANDONMENT OF MEMBERSHIP INTERESTS

**THIS MATTER** having come before the Court upon the motion of Virginia Commonwealth Bank for an order pursuant to 11 U.S.C. § 554(b) and F.R.B.P. 6007 requiring the Trustee to abandon the estate's membership interests in two limited liability companies, and it appearing from the certification filed pursuant to LBR 9014-1 that notice of the motion was duly given and that no timely response to the motion was filed and served, and the Court having been fully advised in the premises;

*NOW, THEREFORE,*

**IT IS HEREBY ORDERED** that the motion is granted, and the Trustee be, and hereby is, compelled pursuant to 11 U.S.C. § 554(b) to abandon the estate's interests in Gilbert & Sullivan Enterprises, L.L.C., a Virginia limited liability company, and Athena Vineyards, L.L.C., a Virginia limited liability company (together, the "LLCs").

**IT IS HEREBY FURTHER ORDERED** that the Trustee is deemed to have abandoned the Debtor's interest in the LLCs.